**No. 57262.**—Imperial Gem Syndicate *v.* United States, protests 120447–K/578, etc. (Chicago).

Opinion by OLIVER, C. J. At the trial it was stipulated that the merchandise in question consists of beads made of tecali, which is the same material as used in the stones involved in *L. Heller & Son, Inc.* v. *United States* (25 Cust. Ct. 83, C. D. 1268). Since it was agreed that the beads are made of tecali, it was held that the present merchandise consists of beads of semiprecious stones, for which there is no specific provision. . Accordingly, the beads described on the invoices, as indicated above, were held dutiable at 35 percent under paragraph 1503, as claimed.